**Order entered February 6, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00580-CV

### IN THE INTEREST OF O.M., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-79826-X**

## ORDER

We **REINSTATE** this appeal which we abated January 12, 2017 to allow the trial court an opportunity to hold a hearing to determine why appellant's brief has not been filed. Although the record of the hearing has not been transmitted to the Court as requested, appellant has tendered his brief along with an extension motion. Accordingly, in the interest of expediency, we **VACATE** our January 12th order. We **GRANT** appellant's motion and **ORDER** the brief tendered to the Clerk of the Court January 23, 2017 filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE